IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LINNETH ROSE BROWN,
      Petitioner,

vs.                                     Case No. 3:05cv44/RV/EMT

MARCIA RIVERA,
      Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 13, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petitions for writ of habeas corpus, as amended, filed under 28 U.S.C. § 2241 (Docs. 1, 16) are **DISMISSED** for lack of jurisdiction.

**DONE AND ORDERED** this 28th day of September, 2005.


                  /s/ *Roger Vinson*
                  **ROGER VINSON**
                  **UNITED STATES SENIOR JUDGE**