IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LINNETH ROSE BROWN,
    Petitioner,

vs.                                    Case No: 3:05cv44/RV/EMT

MARCIA  RIVERIA,
    Respondent.
_____/

## ORDER

        This cause is before the court on Petitioner's notice of appeal and motion to proceed in forma pauperis on appeal (Docs. 23, 27).  Upon review of the file, the court concludes that for the reasons set forth in this Court's September 28, 2005 order (Doc. 21) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on September 13, 2005 (Doc. 18), there is no good faith basis for an appeal, thus, Petitioner is not entitled to proceed in forma pauperis. Fed.R.App.P. 24(a).

        Accordingly, it is **ORDERED**:

        Petitioner's motion to proceed in forma pauperis on appeal (Doc. 27) is **DENIED**.  Petitioner shall pay the $255.00 filing fee within **THIRTY (30) DAYS** from the date of docketing of this order.

        **DONE AND ORDERED** this 7th day of November, 2005.


                                          */s/ Roger Vinson*
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**